United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4093

_____

Elmer Oberhellmann, beneficiary   *
of Elmer Oberhellmann, Inc. Defined   *
Benefit Pension Plan,   *
  *
    Appellant,   *
  *
   v.   *
  *
Brian Hodak, also known as Bryon   *   Appeal from the United States
Hodak, Fiduciary of the Elmer   *   District Court for the
Oberhellmann, Inc. Defined Benefit   *   Eastern District of Missouri.
Pension Plan,   *    [UNPUBLISHED]
  *
    Defendant,   *
  *
Kristin Petersen Oberhellmann,   *
Fiduciary and Trustee of the Elmer   *
Oberhellmann, Inc. Defined Benefit   *
Pension Plan; Kristin Petersen   *
Oberhellmann, Individually; Joann   *
Newman; Bradley Winters,   *
  *
    Appellees.   *

_____

Submitted: May 21, 1998

Filed: May 27, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Elmer Oberhellmann filed a notice of appeal from the district court's[1] order dismissing his action. Because that order did not dispose of Kristin Oberhellmann's counterclaim against Elmer Oberhellmann, it was not a final order and we lack jurisdiction to review it. See 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); Thomas v. Basham, 931 F.2d 521, 522-23 (8th Cir. 1991). We therefore dismiss the appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.